UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL LLOYD DeLEON,  )<br>  )<br>    Defendant.  ) | No. CR 07-60099-HO<br><br>FINAL ORDER OF FORFEITURE<br>Fed.R.Crim.P. 32.2(c)(2) |

On March 6, 2008, this court files a Preliminary Order of Forfeiture, ordering defendant Michael Lloyd DeLeon, to forfeit all of his right, title, and interest in a New England Arms 20 Gauge Single Shot Break Action Shotgun, Serial Number NG465580, with a Modified Pistol Grip and Shortened Barrel; and 2 rounds of 20 gauge ammunition.

On April 23, 2008, the United States published in <u>The Idaho Statesman</u>, Boise, Idaho, a newspaper of general circulation at or near the place of seizure, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law. This notice complied with the March 6, 2008, Preliminary Order of Forfeiture, and notified all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. No third party has made any claim to or declared any interest in the above-described forfeited property and the time has expired.

The court finds that defendant Michael Lloyd DeLeon had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all right, title, and interest to **a New England Arms 20 Gauge Single Shot Break Action Shotgun, Serial Number NG465580, with a Modified Pistol Grip and Shortened Barrel and 2 rounds of 20 gauge ammunition**; is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including Michael Lloyd DeLeon. The Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to transfer custody of the property to the Attorney General of the United States and dispose of the property according to law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

DATED this 12th day of June 2008.

MICHAEL R. HOGAN
United States District Judge

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney

*"/s/" Leslie J. Westphal*
LESLIE J. WESTPHAL
Assistant United States Attorney

PAGE 2 - FINAL ORDER OF FORFEITURE - (Michael Lloyd DeLeon)